## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Trenton, NJ

PAUL GOLLINGE

                                     Plaintiff,

v.                                                       Case No.:
                                                      3:18−cv−16876−BRM−DEA
                                                      Judge Brian R. Martinotti

RETAIL DESIGN SOLUTIONS, LLC,
et al.

                                     Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 23rd day of March, 2020,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.


        /s/ Brian R. Martinotti
        _____
        BRIAN R. MARTINOTTI United States District Judge